KEB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Humberto Amaro Perez,

Petitioner,

v.

Kristi Noem, et al.,

Respondents.

No.   CV-26-01075-PHX-SPL (ASB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  On February 17, 2026, Petitioner filed a "Motion for Voluntary Dismissal for Mootness" (Doc. 4) because Petitioner has opted to return to his home country.  The Court will grant the Motion.

**IT IS ORDERED** that Petitioner's "Motion for Voluntary Dismissal for Mootness" (Doc. 4) is **granted**.  The Clerk of Court must enter Judgment accordingly and close this case.

Dated this 18th day of February, 2026.

Honorable Steven P. Logan
United States District Judge